C07-1121C

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Luis Torres, Individually and on behalf of all others similarly situated,

**(b)** County of Residence of First Listed Plaintiff: San Bernardino, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
See attached

## DEFENDANTS
MICROSOFT CORPORATION, a Washington Corporation

County of Residence of First Listed Defendant: King County, WA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED ENTERED
LODGED RECEIVED
JUL 18 2007
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY        DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ● 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (Place an "X" in One Box for Plaintiff and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ● 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ● 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ○ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ○ 610 Agriculture | ○ 422 Appeal 28 USC 158 | ○ 400 State Reapportionment |
| ○ 120 Marine | ○ 310 Airplane | ○ 362 Personal Injury - Med. Malpractice | ○ 620 Other Food & Drug | ○ 423 Withdrawal 28 USC 157 | ○ 410 Antitrust |
| ○ 130 Miller Act | ○ 315 Airplane Product Liability | ○ 365 Personal Injury - Product Liability | ○ 625 Drug Related Seizure of Property 21 USC 881 | | ○ 430 Banks and Banking |
| ○ 140 Negotiable Instrument | ○ 320 Assault, Libel & Slander | ○ 368 Asbestos Personal Injury Product Liability | ○ 630 Liquor Laws | **PROPERTY RIGHTS** | ○ 450 Commerce |
| ○ 150 Recovery of Overpayment & Enforcement of Judgment | ○ 330 Federal Employers' Liability | | ○ 640 R.R. & Truck | ○ 820 Copyrights | ○ 460 Deportation |
| ○ 151 Medicare Act | ○ 340 Marine | **PERSONAL PROPERTY** | ○ 650 Airline Regs. | ○ 830 Patent | ○ 470 Racketeer Influenced and Corrupt Organizations |
| ○ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ○ 345 Marine Product Liability | ○ 370 Other Fraud | ○ 660 Occupational Safety/Health | ○ 840 Trademark | ○ 480 Consumer Credit |
| ○ 153 Recovery of Overpayment of Veteran's Benefits | ○ 350 Motor Vehicle | ○ 371 Truth in Lending | ○ 690 Other | | ○ 490 Cable/Sat TV |
| ○ 160 Stockholders' Suits | ○ 355 Motor Vehicle Product Liability | ○ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ○ 810 Selective Service |
| ● 190 Other Contract | ○ 360 Other Personal Injury | ○ 385 Property Damage Product Liability | ○ 710 Fair Labor Standards Act | ○ 861 HIA (1395ff) | ○ 850 Securities/Commodities/ Exchange |
| ○ 195 Contract Product Liability | | | ○ 720 Labor/Mgmt. Relations | ○ 862 Black Lung (923) | ○ 875 Customer Challenge 12 USC 3410 |
| ○ 196 Franchise | | | ○ 730 Labor/Mgmt.Reporting & Disclosure Act | ○ 863 DIWC/DIWW (405(g)) | ○ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ○ 740 Railway Labor Act | ○ 864 SSID Title XVI | ○ 891 Agricultural Acts |
| ○ 210 Land Condemnation | ○ 441 Voting | ○ 510 Motions to Vacate Sentence | ○ 790 Other Labor Litigat. | ○ 865 RSI (405(g)) | ○ 892 Economic Stabilization Act |
| ○ 220 Foreclosure | ○ 442 Employment | | ○ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | |
| ○ 230 Rent Lease & Ejectment | ○ 443 Housing/ Accommodations | **Habeas Corpus:** Security Act | | | |
| ○ 245 Tort Product Liability | ○ 444 Welfare | ○ 530 General | ○ 871 IRS | | |
| ○ 290 All Other Real Property | ○ 445 Amer. w/Disabilities - Employment | ○ 535 Death Penalty | | | |
| | ○ 446 Amer. w/Disabilities - Other | ○ 540 Mandamus & Other | | | |
| | ○ 440 Other Civil Rights | ○ 550 Civil Rights | | | |
| | | ○ 555 Prison Condition | ○ 950 Constitutionality of | | |

07-CV-01121-CVSHT

## V. ORIGIN (Place an "X" in One Box Only)
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Brief description of cause:
28 U.S.C. § 1332(d)(2) Class action for breach of contract and violation of Consumer Protection Act

## VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ● Yes ○ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 7/18/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE