| | | |
|---|---|---|
| Donna M Jackson/WAWD/09/USCOURTS<br>07/18/2007 03:25 PM | To | "Elizabeth Sullivan" <esullivan@kellerrohrback.com> |
| | cc | |
| | bcc | |
| | Subject | Re: Complaint, Summons, & Coversheet for New Case |

Your case number is: C07-1121JCC. Receipt and summons will be given to messenger. Thx!

~Donna Jackson

"Elizabeth Sullivan" <esullivan@kellerrohrback.com>



| | | |
|---|---|---|
| "Elizabeth Sullivan" <esullivan@kellerrohrback.com><br>07/18/2007 02:45 PM | To | <newcases.seattle@wawd.uscourts.gov> |
| | cc | |
| | Subject | Complaint, Summons, & Coversheet for New Case |

Dear Clerk,

Attached please find a Complaint, Summons, & Coversheet for a new case. I will call with credit card information as soon as I have sent this email. Please notify me when the summons has been issued. Thank you for your help.

Sincerely,

<<CivCovSheet071807.pdf>> <<Complaint071807.pdf>> <<Summons071807.pdf>>

### Elizabeth M. Sullivan
Legal Assistant
Keller Rohrback L.L.P.

Phone: (206) 623-1900
Fax: (206) 623-3384

E-mail: etrotter@kellerrohrback.com

URL: http://www.seattleclassaction.com

CONFIDENTIALITY NOTE: This Electronic Message contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential, and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.


CivCovSheet071807.pdf


Complaint071807.pdf


Summons071807.pdf