UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS TORRES, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1121 JCC<br><br>Hon. John C. Coughenour<br><br>**DECLARATION OF DARREN T. KAPLAN IN SUPPORT OF DESIGNATION OF CHITWOOD HARLEY HARNES LLP AS INTERIM COUNSEL FOR THE PUTATIVE CLASS PURSUANT TO FED.R.CIV.P. 23(g)(2)(A)** |
| STEVE CARLIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1132 CMP<br><br>Hon. Marsha J. Pechman |

[Caption continues on next page.]

DECLARATION OF DARREN T. KAPLAN
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR; 07-1295 JLR) Page - 1

Darren T. Kaplan
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 873-3900

| | |
|---|---|
| CHRISTINE MOSKOWITZ and DAVID WOOD, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1270<br><br>Hon. John C. Coughenour |
| HEIDI LING, As Parent And Natural Guardian Of ROBERT LING, III, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1271<br><br>Hon. James L. Robart |

DARREN T. KAPLAN hereby declares as follows:

1. I am an attorney admitted to practice in the states of Connecticut, New York and Georgia and am seeking admission pro hac vice in this case. I am a partner in the law firm of Chitwood Harley Harnes LLP ("Chitwood") in Atlanta, Georgia and am the managing attorney at Chitwood for this litigation.

2. I submit this Declaration in support of the motion by Plaintiffs in the above-captioned actions to appoint the firms of Stritmatter Kessler Whelan Coluccio, Chitwood Harley Harnes, LLP, The Hodkin Kopelowitz Ostrow Firm, P.A., Kabateck Brown Kellner LLP, Keller Rohrback LLP, Krause Kalfayan Benink and Slavens, LLP, and Wasserman Comden & Casselman, LLC as interim counsel to act on behalf of the putative class pursuant to Fed.R.Civ.P. 23(g)(2)(A).

DECLARATION OF DARREN T. KAPLAN
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR; 07-1295 JLR) Page - 2

Darren T. Kaplan
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 873-3900

3. Chitwood has done significant work in identifying and investigating potential claims in this action. We have conducted months of factual research into the problem of Microsoft Corporation's ("Microsoft") Xbox 360 gaming consoles (the "Xbox 360") and specifically the fact that the Xbox 360 has and had a continuing problem with scratching and ruining game disks and other optical media loaded into the Xbox 360's included DVD-drive. We have performed extensive legal research in determining what causes of action these underlying facts will support as well as whether or not a class can be certified in this matter. We have expended significant time responding to inquiries from members of the putative class and interviewing prospective representative plaintiffs.

4. To date, attorneys and support staff at Chitwood have expended over 130 hours in this matter.

5. Chitwood is one of the leading plaintiff's class action law firms in the United States with a nationwide litigation practice. A copy of Chitwood's firm resume is annexed hereto as Exhibit "A", but I wish to highlight some of the more significant achievements in my firm's long history of handling class action litigation.

6. Chitwood served as co-lead counsel in both the BankAmerica securities litigation in the Eastern District of Missouri, which resulted in a $490 million recovery for investors, and the Oxford Health Plans securities litigation in the Southern District of New York, which resulted in a $300 million recovery. At the time these cases were resolved, they were the second and fifth largest recoveries, respectively, since the enactment of the PSLRA.

7. Moreover, Chitwood has the experience and resources to prosecute this case through trial, if necessary. Unlike many firms that prosecute class actions, attorneys at Chitwood have successfully completed a number of bench and jury trials of complex cases. Last year,

DECLARATION OF DARREN T. KAPLAN
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR; 07-1295 JLR) Page - 3

Darren T. Kaplan
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 873-3900

Gregory Keller, one of the attorneys at the firm who will be actively involved in this case, acted as lead trial counsel in a case involving the valuation of a large publicly traded company, which involved a number of complex accounting issues.

8. Finally, attorneys at Chitwood devote a significant portion of their practice to the representation of plaintiffs in consumer class actions against companies in the personal and information technology areas. We have successfully prosecuted actions against the world's largest software company, the world's largest internet search providers, and one of the world's largest printer manufacturers. Chitwood served as co-lead counsel in the Epson Ink Cartridge Cases in the California Superior Court, obtaining a settlement for the class that the court valued in excess of $350 million. Chitwood served as co-lead counsel in the Yahoo! Inc. click-fraud litigation, achieving a settlement for the class that included a 100% refund for all fraudulent clicks.

9. Most recently, Chitwood was co-counsel in litigation against Microsoft in this very court arising from a different problem with the Xbox 360 gaming console. Industry analysts are practically unanimous in their view that this litigation was the principal factor in Microsoft's surprise decision in December 2006 to extend the warranty on Xbox 360s from ninety days to a full year.

10. Chitwood currently has seventeen attorneys, three contract attorneys, and five paralegals on staff. The firm routinely incurs out-of-pocket expenses in excess of $500,000 in preparing cases for trial. All of these resources will be committed as needed to the representation of the putative class in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Darren T. Kaplan
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 873-3900

DECLARATION OF DARREN T. KAPLAN
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR;
07-1295 JLR) Page - 4

August 16, 2007

        s/ Darren T. Kaplan
        Darren T. Kaplan

DECLARATION OF DARREN T. KAPLAN
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR;
07-1295 JLR) Page - 5

Darren T. Kaplan
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 873-3900