The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT XBOX 360 SCRATCHED DISC LITIGATION, | Master Cause No. C07-1121-JCC<br><br>STIPULATION AND ORDER (1) RE-NOTING MOTION FOR CLASS CERTIFICATION, AND (2) REVISING BRIEFING SCHEDULE<br><br>*Noted for Consideration*:<br>***April 6, 2009*** |
| This Document Relates To: ALL ACTIONS | |

## STIPULATION

The parties, by and through their attorneys of record, stipulate to entry of the proposed Order set forth below, re-noting Plaintiffs' Motion for Class Certification and revising the previously ordered Schedule for Plaintiffs' Motion for Class Certification and Resetting Trial Date [Dkt 56] (the "Briefing Order").

In support of this request, the parties represent the following to the Court:

1. Plaintiffs filed their Motion for Class Certification on November 21, 2008 [Dkt. 58], and Microsoft Corporation ("Microsoft") filed its Opposition to Plaintiffs' Motion for Class Certification on March 23, 2009 [Dkt. 89], in accordance with the Briefing Order.

2. Under the Briefing Order, Plaintiffs' Reply in Support of the Motion for Class Certification is due on April 22, 2009. *See* Briefing Order [Dkt. 56], at 2, ¶ 3.

STIPULATION AND ORDER RE-NOTING MOTION FOR CLASS CERTIFICATION AND REVISING BRIEFING SCHEDULE
(Master Cause No. 07-cv-1121-JCC) Page -1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

3. In support of its Opposition, Microsoft filed the Declaration of Dr. Robert Caligiuri [Dkt. 90]. Plaintiffs intend to take the deposition Dr. Caligiuri before filing their Reply. Because of conflicts in the schedules of counsel and Dr. Caligiuri, it now appears that Dr. Caligiuri's deposition cannot occur until the week of April 20, 2009.

4. The parties therefore jointly request entry of the proposed Order set forth below, revising the Briefing Order, re-noting Plaintiffs' Motion for Class Certification on the Motion Calendar for May 1, 2009, and providing that Plaintiffs shall file their Reply in Support of the Motion for Class Certification no later than the revised noting date.

Respectfully submitted this 7th day of April, 2009.

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By _____/s/ Fred B. Burnside_____
    Stephen M. Rummage, WSBA # 11168
    Fred B. Burnside, WSBA # 32491
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 757-8136
    Facsimile: (206) 757-7700

Stritmatter Kessler Whelan Coluccio
Plaintiffs' Liaison Counsel

By _____/s/ Kevin Coluccio_____
    Paul L. Stritmatter, WSBA # 4532
    Kevin Coluccio, WSBA # 16245
    200 Second Avenue West
    Seattle, Washington 98119
    Telephone: (206) 448-1777
    Facsimile: (206) 728-2131

STIPULATION AND ORDER RE-NOTING MOTION FOR CLASS CERTIFICATION AND REVISING BRIEFING SCHEDULE
(Master Cause No. 07-cv-1121-JCC) Page -2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## ORDER

Based on the foregoing Stipulation, the Court ORDERS as follows:

Plaintiffs' Motion for Class Certification [Dkt. 58] is re-noted for consideration on May 1, 2009. Plaintiffs shall file their Reply in support of that Motion on or before the noting date.

IT IS SO ORDERED:

DATED this 7th day of April, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented By:

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By__/s/ Fred B. Burnside_____
Stephen M. Rummage, WSBA #11168
Fred B. Burnside, WSBA # 32491
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: steverummage@dwt.com
         fredburnside@dwt.com

Of Counsel:

Charles B. Casper
Montgomery, McCracken,
Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

STIPULATION AND ORDER RE-NOTING MOTION FOR CLASS CERTIFICATION AND REVISING BRIEFING SCHEDULE
(Master Cause No. 07-cv-1121-JCC) Page -3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 6th day of April, 2009.

        Davis Wright Tremaine LLP
        Attorneys for Defendant

By   *s/ Fred B. Burnside*
      Stephen M. Rummage, WSBA #11168
      Fred Burnside, WSBA #32491
      Davis Wright Tremaine LLP
      1201 Third Avenue, Suite 2200
      Seattle, WA 98101-3045
      Telephone: (206) 622-3150
      Fax: (206) 757-7700
      E-mail: steverummage@dwt.com
             fredburnside@dwt.com

STIPULATION AND ORDER RE-NOTING MOTION FOR CLASS CERTIFICATION AND REVISING BRIEFING SCHEDULE
(Master Cause No. 07-cv-1121-JCC) Page -4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700