The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT XBOX 360 SCRATCHED DISC LITIGATION | No. 07-cv-1121-JCC<br><br>JOINT STATUS REPORT |

Plaintiffs Jose Caraballo, Justin Hanson, Heidi and Robert Ling, Christine Moskowitz, Luis Torres and David Wood, and Defendant Microsoft Corporation respectfully submit this Joint Status Report pursuant to this Court's Order of February 23, 2010.

The parties have agreed to resolve this matter on an individual basis. As part of this agreed resolution, the parties will stipulate to dismissal of this matter with prejudice and without costs as to any party. The parties expect to file a Stipulation and Order of Dismissal within fourteen days of this Report, asking the Court to order dismissal on the terms set forth above.

DATED this 12th day of March, 2010.

**CHITWOOD HARLEY HARNES LLP**

By /s/ Darren T. Kaplan
Gregory E. Keller, WSBA #13040
Darren T. Kaplan (Admitted *pro hac vice*)
CHITWOOD HARLEY HARNES LLP
1230 Peachtree Street, N.W., Suite 2300
Atlanta, Georgia 30309
Tel: (404) 873-3900, Fax: (404) 876-4476

*Co-Lead Plaintiff's Counsel*

JOINT STATUS REPORT (2:07-CV-1121-JCC) — 1
DWT 14227602v1 0025936-000753

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**STRITMATTER KESSLER WHELAN COLUCCIO**

By */s/ Kevin Coluccio*
   Paul L. Stritmatter, WSBA # 4532
   Kevin Coluccio, WSBA # 16245
   200 Second Avenue West
   Seattle, Washington  98119
   Telephone: (206) 448-1777
   Facsimile: (206) 728-2131

   *Liaison Counsel*

**DAVIS WRIGHT TREMAINE LLP**

By */s/Stephen M. Rummage*
   Stephen M. Rummage, WSBA # 11168
   Fred B. Burnside, WSBA #32491
   1201 Third Avenue, Suite 2200
   Seattle, Washington 98101
   Telephone: (206) 622-3150
   Facsimile: (206) 757-7700
   *Attorneys for Defendant, Microsoft Corporation*

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
   Charles B. Casper, Esq.
   123 South Broad Street
   Philadelphia, Pennsylvania 19109
   Telephone: (215) 772-7223
   Facsimile: (215) 731-3750
   *Attorneys for Defendant, Microsoft Corporation*

JOINT STATUS REPORT (2:07-CV-1121-JCC) — 2
DWT 14227602v1 0025936-000753

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010, I electronically filed the foregoing *Joint Status Report* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 12th day of March, 2010.

        Davis Wright Tremaine LLP
        Attorneys for Defendant

By  *s/ Stephen M. Rummage*
     Stephen M. Rummage, WSBA #11168
     Fred Burnside, WSBA #32491
     Davis Wright Tremaine LLP
     1201 Third Avenue, Suite 2200
     Seattle, WA 98101-3045
     Telephone: (206) 622-3150
     Fax: (206) 757-7700
     E-mail: steverummage@dwt.com
           fredburnside@dwt.com

JOINT STATUS REPORT (2:07-CV-1121-JCC) — 3
DWT 14227602v1 0025936-000753

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700